ACCEPTED
03-14-00639-CR
6811749
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 4:41:43 PM
JEFFREY D. KYLE
CLERK

**DEBORAH L. WIGINGTON**
DEB@DLWLAWFIRM.COM



**BROOKE E. RUDELOFF**
BROOKE@DLWLAWFIRM.COM

*Deborah Linnartz Wigington & Associates, PLLC*
**ATTORNEYS AT LAW**

September 4, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/4/2015 4:41:43 PM

JEFFREY D. KYLE
Clerk

Court of Appeals for the Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

      Via efiling

   Re:    03-14-00639-CR
           Paul Michael Shumaker v. The State of Texas

Dear Clerk:

    In accordance with Texas Rule of Appellate Procedure, I am attaching a copy of the return receipt for my written notice to my client of the opinion, a copy of the opinion and judgement, and notification of his right to file a pro se petition for discretionary review under Rule 68. Though these items were mailed outside the five day time period, counsel has additionally spoke with my client and reviewed the opinion with him and discussed his right for pro se discretionary review with him as well as the process for re-hearing. Please let me know if you have any questions or concerns.

                          Respectfully,

                          Deborah L. Wigington

TEL: 830-627-7300 • 140 SOUTH WALNUT AVENUE • NEW BRAUNFELS, TEXAS 78130 • FAX: 1-866-706-8765



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 1.42 |
| Certified Fee | | 3.45 |
| Return Receipt Fee (Endorsement Required) | | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.67 |

CPU - PIT STOP
Postmark Here
SEP 3 2015
NEW BRAUNFELS, TX 78130

Sent To **Paul Michael Shumaker**
Street & Apt. No., or PO Box No. **771 Hillside Loop**
City, State, ZIP+4 **Canyon Lake, TX 78133**

PS Form 3800, July 2014                See Reverse for Instructions

---

=======================================

PIT STOP

1293 FM 306

New Braunfels, TX, 78130-2537

486320-B002

09/02/2015                                    04:52:47 PM

=======================================

---------------- Sales Receipt --------------

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Lg Env | 1 | $1.42 |
| (Expected Delivery Day: Sat 09/05) | | |
| (CANYON LAKE, TX 78133) | | |
| (Weight:0 Lb 2.70 Oz) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) | | |
| (70141820000160267201) | | |
| Return Rcpt | 1 | $2.80 |
| (@@USPS Return Rcpt #) | | |
| (95909403010950778809294) | | |

| | |
|---|---|
| Total | $7.67 |

| | |
|---|---|
| Debit Card | $7.67 |

@@For tracking or inquiries go to USPS.com
or call 1-800-222-1811.

Thank you!

Bill#:   1-13625-1-3037770-2

Clerk:   ELENA

All sales final on stamps and postage.